UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Rifka Schreiber                                                     Civil Action No:
                                                                    1:23-cv-1469
                          Plaintiff,


       -v.-

Cavalry Portfolio Services, LLC,


                          Defendants.
------------------------------------------------------------------------x

# NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.


DATED, this 23rd day of August 2023

*/s/Kenneth Willard*
Kenneth Willard, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Phone: 201-282-6500
kwillard@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 23, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Kenneth Willard*
                                              Kenneth Willard, Esq.