**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| Rifka Schreiber | Civil Action No: 1:23-cv-1469 |
| Plaintiff, | |
| -v.- | |
| Cavalry Portfolio Services, LLC, | |
| Defendants. | |

---

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 9, 2023

| For Plaintiff Rifka Schreiber | For Defendant Cavalry Portfolio Services, LLC |
|---|---|
| */s/ Kenneth Willard* | */s/ Thomas R. Dominczyk* |
| Kenneth Willard | Thomas R. Dominczyk |
| Stein Saks, PLLC | Maurice Wutscher LLP |
| One University Plaza | 5 Walter Foran Blvd Suite 2007 |
| Hackensack, NJ 07601 | Flemington, NJ 08822 |
| Ph: (201) 282-6500 | Ph: (908) 237-4550 |
| kwillard@steinsakslegal.com | tdominczyk@mauricewutscher.com |

1

## CERTIFICATE OF SERVICE

I certify that on October 9, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kenneth Willard*
Kenneth Willard
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 10/10/23**

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

The Clerk of Court is respectfully directed to close the case.